IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| FAAIZAH T. AWOSHAKIN, | : | Case No. 3:18-cv-00021 |
| Plaintiff, | : | |
| v. | : | Judge Walter H. Rice |
| SUGAR CREEK PACKING CO., | : | |
| Defendant. | : | |

## ORDER GRANTING JOINT MOTION TO STAY THE CASE

The Court having been advised that the parties have reached a settlement agreement in this action, hereby grants the parties' Joint Motion To Stay The Case, including all dates in the April 3, 2018 Preliminary Pretrial Conference Order, pending approval of the settlement by the United States Bankruptcy Court, Southern District of Ohio in Case No. 18-31686. The parties to the instant action shall file a dismissal with prejudice following Bankruptcy Court approval.

**IT IS SO ORDERED.**

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE