IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FAAIZAH T. AWOSHAKIN :

    Plaintiff, : Case No. 3:18cv21

- vs - :

                                        Judge Walter H. Rice

SUGAR CREEK PACKING CO.
                                        :

    Defendants.

**ORDER**

It is hereby ordered that the above captioned cause be administratively processed.[1]

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Stayed awaiting bankruptcy Court approval.